**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 40 EAL 2022

             Respondent          :

                            :   Petition for Allowance of Appeal

                            :   from the Order of the Superior Court

            v.                :

                            :

DALONZO ZEPPRINANS,           :

                            :

             Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.